**STATE of Missouri, Respondent,**

v.

**Milton Russell SCHEPP, Appellant.**

**No. WD 35882.**

Missouri Court of Appeals,
Western District.

March 12, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied ·
April 30, 1985.

Application to Transfer Denied
May 29, 1985.

J. Martin Hadican, Clayton, for appellant.

John Ashcroft, Atty. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and SHANGLER, and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for conspiring to commit capital murder, in violation of § 564.016, RSMo 1978.

Judgment affirmed. Rule 30.25(b).